HAKIEM JOHNSON v. NEWARK BOARD OF
EDUCATION, ET AL.

March 21, 1989.

Leave to appeal granted.